**MEMORANDUM ENDORSED**
# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/21
```

November 15, 2021

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

      Re:    Keung v. D G Hair Salon Inc., et al.
              Case 1:21-cv-06703-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for November 23, 2021, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 9 & D.E. 10]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

Application granted. The initial pretrial conference is adjourned to December 28, 2021 at 1:00 p.m. The joint letter and case management plan described in the Court's August 16, 2021 Order, Dkt. No. 7, is due on or before December 21, 2021. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The parties are also reminded that pursuant to the Court's August 16, 2021 mediation referral order, Dkt. No. 8, the parties must attend mediation at least two weeks prior to the initial pretrial conference.

Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

The Clerk of Court is directed to close the motion currently pending at Dkt. No. 11.

SO ORDERED.
Dated: November 15, 2021
New York, New York

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

_____
GREGORY H. WOODS
United States District Judge