```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LIN KWOK KEUNG,                                                  :
                                                                 :
                                    Plaintiffs,:                   1:21-cv-6703-GHW
                                                                 :
                   -v -                                          :    ORDER
                                                                 :
D G HAIR SALON INC. and SUNLAND                                  :
REALTY INC.,                                                     :
                                                                 :
                                    Defendants.:
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023

GREGORY H. WOODS, United States District Judge:

Plaintiff's request to adjourn the January 12, 2023 conference and to "dismiss this matter from the docket" is granted in part and denied in part. *See* Dkt. No. 32. The conference scheduled for January 12, 2023 is adjourned *sine die*. *See* Dkt. No. 30. Plaintiff's request to "dismiss this matter from the docket" is denied as moot. The Court's January 28, 2022 order conditionally discontinuing this action made clear that if Plaintiff failed to timely apply for the restoration of the case, the case would be automatically dismissed with prejudice. *See* Dkt. No. 24 at 1 ("This Order shall be deemed a final discontinuance of this action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar" within 90 days of the January 28, 2022 order). The deadline for Plaintiff to apply for restoration of the case or for the parties to submit a stipulation of settlement and dismissal was June 28, 2022. *See* Dkt. No. 28. As Plaintiff failed to request restoration of the case by June 28, 2022, this case was automatically dismissed with prejudice in accordance with the Court's January 28, 2022 order. Therefore, Plaintiff's request to dismiss this action is denied as moot.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated: January 11, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge